UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD JUNIOR DUKES,                    Case No. 09-14986

       Plaintiff,                    SENIOR UNITED STATES DISTRICT
                                        JUDGE
v.                                      ARTHUR J. TARNOW

COMMISSIONER OF SOCIAL                  UNITED STATES MAGISTRATE JUDGE
SECURITY,                               VIRGINIA M. MORGAN

       Defendant.
_____/

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [11], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [7], GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [10], AND DISMISSING CASE

On September 2, 2010, Magistrate Judge Morgan issued a Report and Recommendation [11] that Plaintiff's Motion for Summary Judgment [7] be denied, that Defendant's Motion for Summary Judgment [10] be granted, and that the case be dismissed.

No objections were filed.

The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment [7] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [10] is **GRANTED**.

Plaintiff's Complaint [1] is hereby **DISMISSED.**

**SO ORDERED.**

S/ARTHUR J. TARNOW
Arthur J. Tarnow
Senior United States District Judge

Dated:  September 22, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 22, 2010, by electronic and/or ordinary mail.

S/LISA M. WARE
Case Manager